UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



NOW-CASTING ECONOMICS, LTD.,

                Plaintiff,

-v-

ECONOMIC ALCHEMY LLC,

                Defendant.

No. 18-cv-2442 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    In light of the fact that Defendant has appeared in this action, and considering the Second Circuit's "oft-stated preference for resolving disputes on the merits," *Sea Hope Navigation Inc. v. Novel Commodities SA*, 978 F. Supp. 2d 333, 337 (S.D.N.Y. 2013), *Meehan v. Snow*, 652 F.2d 274, 276 (2d Cir. 1981), Plaintiff's motion for a default judgment is DENIED. (Doc. No. 10.) Accordingly, the conference currently scheduled to occur on Tuesday, June 12, 2018 is adjourned.

    IT IS HEREBY ORDERED THAT Defendant shall answer the complaint no later than June 22, 2018.

    IT IS FURTHER ORDERED THAT the parties shall appear for an initial conference on Tuesday, July 3, 2018 at 2:00 p.m. in Courtroom 905 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

    IT IS FURTHER ORDERED THAT by Thursday, June 28, 2019, the parties shall jointly submit a letter, not to exceed five (5) pages, providing the following information in separate paragraphs:

    (1)    A brief statement of the nature of the action and the principal defenses thereto;

    (2)    A brief explanation of why jurisdiction and venue lie in this Court;

(3) A brief description of all outstanding motions and/or outstanding requests to file motions;

(4) A brief description of any discovery that has already taken place, and that which will be necessary for the parties to engage in meaningful settlement negotiations;

(5) A list of all prior settlement discussions, including the date, the parties involved, and the approximate duration of such discussions, if any;

(6) The estimated length of trial; and

(7) Any other information that the parties believe may assist this Court in resolving this action.

IT IS FURTHER ORDERED THAT by Thursday, June 28, 2019, the parties shall submit to the Court a proposed case management plan and scheduling order. A template for the order is available at: http://www.nysd.uscourts.gov/judge/Sullivan.

The status letter and the proposed case management plan should be filed on ECF and emailed to my chambers at the following address: sullivanNYSDchambers@nysd.uscourts.gov. Please consult my Individual Rules with respect to communications with chambers and related matters.

SO ORDERED.

Dated: June 8, 2018
New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE