# O L S H A N

1325 AVENUE OF THE AMERICAS ▪ NEW YORK, NEW YORK 10019
TELEPHONE: 212.451.2300 ▪ FACSIMILE: 212.451.2222

EMAIL: KBISCEGLIE@OLSHANLAW.COM
DIRECT DIAL: 212.451.2207

June 19, 2018

VIA ECF and EMAIL (sullivannysdchambers@nysd.uscourts.gov)

The Honorable Richard J. Sullivan
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York  10007

    Re:   *Now-Casting Economics Ltd. v. Economic Alchemy LLC*,
           Civil Action No. 18-cv-02442-RJS

Dear Judge Sullivan:

    I am lead counsel for Plaintiff Now-Casting Economics Ltd. in the above-referenced action and write jointly with Defendant Economic Alchemy LLC to respectfully request an adjournment of the initial conference currently scheduled for July 3, 2018, at 2:00 p.m.

    I am out of state on July 3rd on a long-planned trip to New Hampshire without access to communications and likewise am unavailable on July 2nd and July 14th through July 25th. Additionally, I have conferred with Defendant's counsel, who is unavailable during the week of July 9th due to trial and July 19th through July 23rd due to work-related travel outside the country. Accordingly, the parties respectfully jointly request an adjournment of the initial conference until after July 26, 2018, on a date that is convenient to the Court.  No prior requests have been made to adjourn the conference.

    Thank you for your attention to this matter.

                                  Respectfully submitted,

                                  Kyle C. Bisceglie

cc:    All Counsel of Record (via ECF)

O L S H A N   F R O M E   W O L O S K Y   L L P          WWW.OLSHANLAW.COM
4651161-1