**OLSHAN FROME WOLOSKY LLP**
Kyle C. Bisceglie
Katelyn J. Patton
1325 Avenue of the Americas
New York, New York 10019
Tel: (212) 451-2300
E-mail: kbisceglie@olshanlaw.com
         kpatton@olshanlaw.com

*Attorneys for Plaintiff/Counterclaim Defendant*
*Now-Casting Economics, Ltd.*

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NOW-CASTING ECONOMICS, LTD., | Civil Action No.: 1:18-cv-02442-ER |
| Plaintiff, | **NOTICE OF MOTION FOR** |
| v. | **JUDGMENT ON THE PLEADINGS** |
| ECONOMIC ALCHEMY LLC, | |
| Defendant. | |
| ECONOMIC ALCHEMY LLC, | |
| Counterclaim Plaintiff, | |
| v. | |
| NOW-CASTING ECONOMICS, LTD., | |
| Counterclaim Defendant. | |

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law; the Declaration of Anna Bivona, dated December 21, 2018, and the exhibits annexed thereto; and all prior pleadings and proceedings had herein; Plaintiff/Counterclaim Defendant Now-Casting Economics, Ltd. shall move this Court, before the Honorable Edgardo Ramos, United States

1

District Judge, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, on a date and at a time designated by the Court, for a judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c) and granting such other and further relief as the Court may deem just and proper.

Dated: New York, New York
December 21, 2018

                                  OLSHAN FROME WOLOSKY LLP

By: */s/ Katelyn J. Patton*
Kyle C. Bisceglie
Katelyn J. Patton
1325 Avenue of the Americas
New York, New York 10019
(212) 451-2300

*Attorneys for Plaintiff/Counterclaim Defendant Now-Casting Economics, Ltd.*

TO: Ronald D. Coleman, Esq.
MANDELBAUM SALSBURG P.C.
1270 Avenue of the Americas
New York, New York 10020

*Attorneys for Defendant/Counterclaim Plaintiff Economic Alchemy LLC*

2

4849169-1