IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NOW-CASTING ECONOMICS, LTD., <br><br> Plaintiff, <br><br> v. <br><br> ECONOMIC ALCHEMY LLC, <br><br> Defendant. | CIVIL ACTION NO. 18-CV-02442 (ER) <br><br> NOTICE OF JOINT MOTION TO DISMISS BY "THIRD-PARTY DEFENDANTS" |

PLEASE TAKE NOTICE that upon the annexed "Memorandum of Law in Support of Joint Motion to Dismiss by 'Third-Party Defendants'" dated December 21, 2018, named "Third-Party Defendants" Federal Reserve Bank of Atlanta, Federal Reserve Bank of Boston, Federal Reserve Bank of Chicago, Federal Reserve Bank of Cleveland, Federal Reserve Bank of Dallas, Federal Reserve Bank of Kansas City, Federal Reserve Bank of Minneapolis, Federal Reserve Bank of New York, Federal Reserve Bank of Philadelphia, Federal Reserve Bank of Richmond, Federal Reserve Bank of St. Louis, and Federal Reserve Bank of San Francisco will move this Court before The Honorable Edgardo Ramos, U.S. District Court for the Southern District of New York, at the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007, Courtroom 619, on a date and time designated by the Court, for an Order pursuant to Rules 12(b)(2), 12(b)(3), 12(b)(6), and 21 of the Federal Rules of Civil Procedure granting their joint motion to dismiss the claims brought against each of them in the "Amended Answer and Counterclaim, Third-Party Complaint and Jury Demand" filed by Defendant and Counterclaim-

Plaintiff Economic Alchemy LLC ("EA") (Dkt. 36, hereinafter "Third-Party Complaint") and to drop them as parties.

In accordance with the schedule set by the Court during the pre-motion conference held on November 29, 2018, this Notice and the Memorandum in Support are being filed and served on December 21, 2018; EA's answering papers shall be filed and served by January 21, 2019; and reply papers shall be filed and served by February 4, 2019.

Dated: December 21, 2018              Respectfully submitted,

/s/ *Mary Katherine Bates*
Mary Katherine Bates (*pro hac vice*)
Georgia Bar No. 384052
Lisa C. Pavento (*pro hac vice*)
Georgia Bar No. 246698
MEUNIER CARLIN & CURFMAN LLC
999 Peachtree Street NE, Suite 1300
Atlanta, Georgia 30309
Tel: (404) 645-7700 / Fax: (404) 645-7707
Email: kbates@mcciplaw.com
Email: lpavento@mcciplaw.com

*Counsel for Federal Reserve Bank of Atlanta, Federal Reserve Bank of Boston, Federal Reserve Bank of Chicago, Federal Reserve Bank of Cleveland, Federal Reserve Bank of Dallas, Federal Reserve Bank of Kansas City, Federal Reserve Bank of Minneapolis, Federal Reserve Bank of New York, Federal Reserve Bank of Philadelphia, Federal Reserve Bank of Richmond, Federal Reserve Bank of St. Louis, and Federal Reserve Bank of San Francisco*