USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: 8/10/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NOW-CASTING ECONOMICS, LTD., *Plaintiff*, -v.- ECONOMIC ALCHEMY LLC, *Defendant*. | No. 18-cv-02442 (RJS) **[PROPOSED]** ORDER APPROVING WITHDRAWAL OF COUNSEL JOEL G. MACMULL |
| ECONOMIC ALCHEMY LLC, *Counterclaim Plaintiff*, -v.- NOW-CASTING ECONOMICS, LTD., *Counterclaim Defendant.* | |

The motion to withdraw the appearance of Joel G. MacMull as counsel of record for defendant/counterclaim plaintiff, Economic Alchemy, LLC ("Defendant"), pursuant to Local Civil Rule 1.4 of the Local Rules of this Court, is hereby **GRANTED.**

SO ORDERED:

Dated: August  10 , 2020

_____
Hon. Edgardo Ramos, USDJ