UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NOW-CASTING ECONOMICS, LTD,

                    Plaintiff,

         -v-

ECONOMIC ALCHEMY LLC,

                    Defendant.

CIVIL ACTION NO.: 18 Civ. 2442 (JPC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discovery conference held today, Wednesday, December 16, 2020, the

Court ORDERS as follows:

1. The parties are directed meet and confer in good faith on the outstanding issues regarding the Defendant's responses to Plaintiff's RFAs and interrogatories, the sufficiency of the document production so far, and the format of document production going forward.

2. If any disputes remain, by **January 11, 2021**, Plaintiff may file a Letter-Motion to Compel (no more than five (5) pages).  By **January 15, 2021** Defendants may file a response (no more than five (5) pages)., and by **January 19, 2021** Plaintiffs may file a reply (no more than three (3) pages).  The filings may attach the discovery requests/responses as exhibits not counted toward the page limit.

Dated:      New York, New York
            December 16, 2020

                         SO ORDERED

                         _____
                         SARAH L. CAVE
                         **United States Magistrate Judge**