```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
NOW-CASTING ECONOMICS, LTD.,                                           :
                                                                       :
                          Plaintiff,                                   :
                                                                       :        18-CV-2442 (JPC)
        -v-                                                            :
                                                                       :              ORDER
ECONOMIC ALCHEMY LLC,                                                  :
                                                                       :
                          Defendant.                                   :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The case management conference scheduled for February 8, 2021 at 10:00 a.m. is adjourned *sine die*. Within one week of the resolution of any outstanding discovery issues presently before Judge Cave, the parties shall file a joint status letter updating the Court on the status of this case and whether any party wishes to file a post-discovery motion.

SO ORDERED.

Dated: February 3, 2021
       New York, New York

_____
JOHN P. CRONAN
United States District Judge