UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NOW-CASTING ECONOMICS, LTD,

                Plaintiff,

-v-

ECONOMIC ALCHEMY LLC,

                Defendant.

CIVIL ACTION NO.: 18 Civ. 2442 (JPC) (SLC)

**DISCOVERY ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the parties' letters regarding outstanding discovery (ECF No. 109–110) and ORDERS as follows:

1. Document discovery shall close on **March 22, 2021**.
2. All fact witness depositions shall be completed by **May 14, 2021**.
3. All expert depositions, if any, shall be completed by **May 28, 2021**.

The parties are directed to meet and confer to revise the current confidentiality order as necessary to allow for designation of documents for Attorney's Eyes Only. The parties may then submit an updated agreement for the Court's review.

Dated:    New York, New York
            March 9, 2021

SO ORDERED

_____
SARAH L. CAVE
**United States Magistrate Judge**