UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NOW-CASTING ECONOMICS, LTD,<br><br>                    Plaintiff,<br><br>-v-<br><br>ECONOMIC ALCHEMY LLC,<br><br>                    Defendant. | CIVIL ACTION NO.: 18 Civ. 2442 (JPC) (SLC)<br><br>**DISCOVERY ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discovery conference held today, June 9, 2021, the Court orders as follows:

1. By **June 23, 2021**, Defendant's Fed. R. Civ. P. 30(b)(6) witness shall appear for a continued deposition. The continued deposition shall be limited to two hours in length, and questioning shall be limited to subjects pertaining to the documents on which Plaintiff's expert relied in forming his or her opinion;

2. Defendant shall serve any rebuttal expert report by **June 25, 2021**;

3. Any deposition of Defendant's rebuttal expert shall occur by **July 16, 2021**; and

4. By **July 23, 2021**, the parties shall file a joint letter certifying the close of expert discovery.

Dated:     New York, New York
           June 9, 2021

                                                    SO ORDERED.

                                                    _____
                                                    **SARAH L. CAVE**
                                                    **United States Magistrate Judge**