# OLSHAN

1325 AVENUE OF THE AMERICAS ▪ NEW YORK, NEW YORK 10019
TELEPHONE: 212.451.2300 ▪ FACSIMILE: 212.451.2222

November 10, 2021

**VIA ECF**
The Honorable Judge Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:   *Now-Casting Economics, Ltd. v. Economic Alchemy LLC,*
               *Civil Action No.: 18 Civ. 2442 (JPC)(SLC)*

Dear Judge Cronan,

      We represent Plaintiff Now-Casting Economics Ltd ("Plaintiff") and submit this joint letter, along with Defendant Economic Alchemy LLC, per Your Honor's Individual Rule 4(B) seeking leave to file certain documents under seal.

      In anticipation of the parties' respective motions for summary judgment, Plaintiff advised counsel for Defendant Economic Alchemy LLC on November 2, 2021 of our intention to file certain documents designated as Attorney's Eyes Only by Economic Alchemy LLC along with Plaintiff's motion for summary judgment. For reference, the written notice included a list of bates-numbers corresponding to the documents.[1]

      Earlier today, Defendant indicated that it intended to file certain documents that Plaintiff produced as Attorney's Eyes Only[2] along with its motion for summary judgment. Counsel for the parties met and conferred today regarding filing the documents and agreed that the documents should be filed under seal.

      With regard to Plaintiff's documents, these documents constitute internal proprietary business records reflecting confidential information about Plaintiff's business for which sealing is appropriate. The same holds true for Defendant's documents. The parties' reasons for filing the identified documents under seal comports with controlling authority because, in part, the sealing is narrowly tailored to preserve the proprietary interests of the parties. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006).

      Counsel for Defendant has reviewed and approved this joint letter and has signed below.

---

[1] Documents bearing bates-numbers: EA_330754; EA_330756; EA_330762; EA_330678; EA_330680; EA_330744; EA_330748; EA_075377; EA_076339; EA_073986; EA_74779; EA_073885; EA_080826; and EA_074779.
[2] Documents bearing bates-numbers: NC005999; NC006000-NC006006; and NC006007.

November 9, 2021
Page 2

                                                      Respectfully submitted,

                                                     */s/ Lawson Huynh*
                                                     Lawson Huynh

                                                     */s/ Ronald D. Coleman*
                                                     Ronald D. Coleman

This motion is denied without prejudice.  The request does not comply with the Court's individual rules for filing sealed documents.  As noted in the Rules, "[t]he subject document, in unredacted form, shall be contemporaneously filed under seal on ECF (with the appropriate level of restriction) and electronically related to the motion."

The Clerk of the Court is respectfully directed to close the motion pending at Docket Number 132.

SO ORDERED.
Date: November 11, 2021    JOHN P. CRONAN
       New York, New York    United States District Judge

6039562-1