**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
NOW-CASTING ECONOMICS, LTD.,

                   Plaintiff,

    -against-                                              18 **CIVIL** 2442 (JPC)

                                                                  **<u>JUDGMENT</u>**

ECONOMIC ALCHEMY LLC,

                   Defendant.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated September 15, 2022, the Court grants Now-Casting's motion for summary judgment as to its own remaining claim and EA's remaining counterclaims, and denies EA's motion for summary judgment as to Now-Castings remaining claim. Now-Casting's and EA's requests for sanctions are both denied.; accordingly, the case is closed.

**Dated:**  New York, New York

       September 15, 2022

                                                                  **RUBY J. KRAJICK**

                                                                _____
                                                                    **Clerk of Court**

                                       **BY:**

                                                                 _____
                                                                    **Deputy Clerk**