

RCOLEMAN@DHILLONLAW.COM
ADMITTED IN NEW JERSEY AND NEW YORK

September 23, 2022

**BY ECF**

Hon. John P. Cronan, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    Re: Now-Casting Economics, Ltd. v. Economic Alchemy LLC
       <u>Docket No. 18-cv-02442</u>

Dear Judge Cronan:

  We are counsel for defendant and write to the Court to request a brief extension of time, due to illness and the coming religious holidays, to file a motion for reconsideration or reargument pursuant to Local Civil Rule 6.3 with respect to the Court's Opinion and Order of September 15, 2022. Under LCR 6.3, the due date for this motion would be September 29, 2022.

  We make this request for two reasons. One is that defendant's counsel, the undersigned, was diagnosed with Covid-19 on September 19th (this last Monday), and indeed lost the better part of a week of work because of this illness. The second is the incidence of Rosh Hashana this coming September 26th and 27th, during which days I will also be unable to work.

  For these reasons, which we submit constitute good cause, we request an extension of one week (seven days) to file and serve this motion. Because of the exigency we have not had the opportunity to seek the consent of plaintiff. No previous extension of time has been requested.

            Respectfully submitted,

            *Ronald D. Coleman*
            Ronald D. Coleman

**DHILLON LAW GROUP INC.**
A CALIFORNIA PROFESSIONAL CORPORATION
8 HILLSIDE AVENUE, SUITE 103 | MONTCLAIR, NJ 07042 | 973-298-1723