Ronald D. Coleman
DHILLON LAW GROUP, INC.
50 Park Place, Suite 1105
Newark, NJ 07102
973-298-1723
rcoleman@dhillonlaw.com
*Attorneys for Defendant / Counterclaim Plaintiff
Economic Alchemy LLC*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NOW-CASTING ECONOMICS, LTD.,<br><br>*Plaintiff*,<br><br>-*v.*-<br><br>ECONOMIC ALCHEMY LLC,<br><br>*Defendant*. | No. 18-cv-02442 (ER)<br><br>**NOTICE OF ERRATA TO DEFENDANT / COUNTERCLAIM PLAINTIFF'S MEMORANDUM IN SUPPORT OF ITS MOTION FOR REARGUMENT OR RECONSIDERATION** |

    Defendant Economic Alchemy LLC respectfully submits this errata to its Memorandum in Support of its Motion for Reargument or Reconsideration, which was filed on October 6, 2022, at Docket No. 217[2] ("MOL"), in order to correct an inadvertent error. At page 5, the MOL stated that, "This is demonstrably incorrect. Exh. S3 clearly shows multiple entries marked as being responsive to Request No. 8. Specifically, page 40 of Exh. S3 shows that EA produced at least six documents identified as being responsive to Request No. 8," followed by a list of documents.  This was an error; the items from the production log were responsive to Interrogatory 8, not Request for Production 8; although the Bates numbers were added to the production log, the supplemental production was not categorized.

    Defendant is prepared to file a corrected version of the MOL if the Court so directs.

1

                                                          DHILLON LAW GROUP, INC.

                                                   By: _____
                                                           Ronald D. Coleman

                                                   50 Park Place, Suite 1105
                                                   Newark, NJ 07102
                                                   973-298-1723
                                                   rcoleman@dhillonlaw.com
                                                   *Attorneys for Defendant / Counterclaim Plaintiff Economic Alchemy LLC*

Dated: October 7, 2022