Ronald D. Coleman
DHILLON LAW GROUP, INC.
50 Park Place, Suite 1105
Newark, NJ 07102
973-298-1723
rcoleman@dhillonlaw.com
*Attorneys for Defendant / Counterclaim Plaintiff*
*Economic Alchemy LLC*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NOW-CASTING ECONOMICS, LTD., <br><br> *Plaintiff*, <br><br> -*v.*- <br><br> ECONOMIC ALCHEMY LLC, <br><br> *Defendant*. | No. 18-cv-02442 (ER) <br><br> **DEFENDANT / COUNTERCLAIM PLAINTIFF'S NOTICE OF MOTION FOR REARGUMENT OR RECONSIDERATION** |

**PLEASE TAKE NOTICE** that defendant / counterclaim plaintiff Economic Alchemy LLC ("Economic Alchemy") hereby moves, pursuant to for an Order pursuant to Rule 54(b) of the Federal Rules of Civil Procedure and Local Civil Rule 6.3 before the Hon. John P. Cronan, U.S.D.J., United States District Court, Southern District of New York, for reconsideration of the Court's order dated September 15, 2022 granting summary judgment and a declaratory judgment of non-infringement to plaintiff and for such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that Economic Alchemy's motion is based on the accompanying Memorandum of Law, and all other papers filed on or before a ruling on this motion.

1

                                                DHILLON LAW GROUP, INC.

                                            By: _____
                                                     Ronald D. Coleman

                                            50 Park Place, Suite 1105
                                            Newark, NJ 07102
                                            973-298-1723
                                            rcoleman@dhillonlaw.com
                                            *Attorneys for Defendant / Counterclaim Plaintiff Economic Alchemy LLC*

Dated: October 6, 2022

Plaintiff Now-Casting Economics, Ltd. is directed to submit its response to this motion, if any, by October 21, 2022.  Defendant may submit a reply by October 28, 2022 if Plaintiff so responds.

SO ORDERED.
Date: October 7, 2022
New York, New York

_____
JOHN P. CRONAN
United States District Judge