

RCOLEMAN@DHILLONLAW.COM
ADMITTED IN NEW JERSEY AND NEW YORK

October 28, 2022

**VIA ECF**

Hon. John P. Cronan, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse 500 Pearl Street
New York, NY 10007

Re: **Now-Casting Economics, Ltd. v. Economic Alchemy LLC**
     **Docket No. 18-cv-02442**

Dear Judge Cronan:

We, write on consent of plaintiff, to request an extension of time to file defendant's reply brief in support of its pending motion for reargument / reconsideration by one business day, i.e., from Friday, October 28, 2022 (today's date) to a new date of Monday, October 31, 2022.

This extension is requested because of conflicting deadlines arising from numerous litigation matters. No previous extension of this deadline has been requested.

We appreciate the Court's consideration of this request.

Respectfully submitted,

Ronald D. Coleman

The request is granted.  Defendant shall file its reply by October 31, 2022.  The Clerk of Court is respectfully directed to close the motion pending at Docket Number 224.

SO ORDERED.
Date: October 28, 2022
New York, New York

_____
JOHN P. CRONAN
United States District Judge

**DHILLON LAW GROUP INC.**
A CALIFORNIA PROFESSIONAL CORPORATION
50 PARK PLACE, SUITE 1105  NEWARK, NJ 07102 | 973-298-1723