Ronald D. Coleman
DHILLON LAW GROUP, INC.
50 Park Place, Suite 1105
Newark, NJ 07102
973-298-1723
rcoleman@dhillonlaw.com
*Attorneys for Defendant / Counterclaim Plaintiff Economic Alchemy LLC*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NOW-CASTING ECONOMICS, LTD.,<br><br>*Plaintiff*,<br><br>-*v.*-<br><br>ECONOMIC ALCHEMY LLC,<br><br>*Defendant*. | No. 18-cv-02442 (JPC-SLC)<br><br>**NOTICE OF APPEAL** |

Defendant / Counterclaim Plaintiff Economic Alchemy LLC appeals to the United States Court of Appeals for the Second Circuit from the final judgment entered on May 30, 2023 denying Economic Alchemy LLC's motion for reconsideration of the Court's order granting summary judgment dated September 15, 2022; from the judgment and order granting summary judgment dated September 15, 2022; and from the order dismissing the third-party complaint dated September 24, 2019.

DHILLON LAW GROUP, INC.

By: _____
Ronald D. Coleman

DHILLON LAW GROUP, INC.
50 Park Place, Suite 1105
Newark, NJ 07102
973-298-1723

[rcoleman@dhillonlaw.com](mailto:rcoleman@dhillonlaw.com)
*Attorneys for Defendant / Counterclaim Plaintiff Economic Alchemy LLC*

Dated: June 21, 2023